TDCJ Offender Details 01,156-03 Page 1 of 2



**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**     TDCJ Home     New Offender Search

# Offender Information Details

| Return to Search list |

| | |
|---|---|
| **SID Number:** | 04570071 |
| **TDCJ Number:** | 01892523 |
| **Name:** | QUINTANILLA,MARIO |
| **Race:** | H |
| **Gender:** | M |
| **DOB:** | 1973-06-07 |
| **Maximum Sentence Date:** | 2020-06-03 |
| **Current Facility:** | ELLIS |
| **Projected Release Date:** | 2020-06-03 |
| **Parole Eligibility Date:** | 2014-03-27 |
| **Offender Visitation Eligible:** | YES |

*Information provided is updated once daily during weekdays and multiple times per day on visitation days. **Because this information is subject to change, family members and friends are encouraged to call the unit prior to traveling for a visit.***

SPECIAL INFORMATION FOR SCHEDULED RELEASE:

| | |
|---|---|
| **Scheduled Release Date:** | Offender is not scheduled for release at this time. |
| **Scheduled Release Type:** | Will be determined when release date is scheduled. |
| **Scheduled Release Location:** | Will be determined when release date is scheduled. |

| Parole Review Information |

**Offense History:**

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| 1991-03-27 | BURG MTR VEH | 1993-01-21 | HARRIS | 616103 | 6-00-00 |
| 1992-03-10 | AGG ROBB W/DEAD | 1992-07-22 | HARRIS | 626390 | 16-00-00 |